Devon Clay
                Plaintiff,

v.                             Case No.: 1:09−cv−07731
                                          Honorable Charles R. Norgle Sr.

City of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 31, 2012:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Oral argument held on 8/31/2012. Plaintiff and Defendants' Motions In Limine [54], [55], [56] and [62] are granted in part and denied in part. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.